UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

       Plaintiff,

v.

Jeffrey A. Gardner,

       Defendant.

Criminal No. 13-35 (PJS/SER)

**ORDER**

Robert M. Lewis, Esq., United States Attorney's Office, 316 North Robert Street, Suite 404, Saint Paul, Minnesota 55101, for Plaintiff.

James E. Ostgard, II, Esq., Ostgard Law Office, P.O. Box 582536, Minneapolis, Minnesota 55458, for Defendant.

The above-captioned case came before the undersigned on the Report and Recommendation of United States Magistrate Judge Steven E. Rau. No objections to the Report and Recommendation were filed within the requisite time period. According, **IT IS HEREBY ORDERED** that Defendant Jeffrey A. Gardner's Motion to Suppress Evidence Obtained as a Result of Search and Seizure [Doc. No. 38] is **DENIED**.

Dated: 4/6, 2015

                            s/Patrick J. Schiltz
                            Patrick J. Schiltz
                            United States District Judge